# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JORDAN MATTHEW CAPPS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-3542 & 19-3543

[July 15, 2021]

Consolidated appeal from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Michael Heisey, Judge; L.T. Case No. 472019CF000486A and 472019CF000129A.

Carey Haughwout, Public Defender, and Stacey Niles Kime, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Deborah Koenig, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

FORST, KLINGENSMITH, and ARTAU, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***